UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | INDICTMENT CR13-89 SRN/JJK |
|---|---|
| Plaintiff, | (18 U.S.C. § 922(g)(1)) |
| v. | (18 U.S.C. § 924(d)(1)) |
|  | (18 U.S.C. § 924(e)(1)) |
| 1.   ROBERT LEE POWERS, | (21 U.S.C. § 841(a)(1)) |
|  | (21 U.S.C. § 841(b)(1)(C)) |
| Defendant. | (28 U.S.C. § 2461(c)) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm – Armed Career Criminal)

On or about March 18, 2013, in the State and District of Minnesota, the defendant,

**ROBERT LEE POWERS**,

having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, at least three of which were violent felonies or serious drug offenses committed on occasions different from one another, that is,

| Crime | Place of Conviction | Date Committed | Date Sentenced |
|---|---|---|---|
| Burglary | Sangamon County, Illinois | 1975 | 12/19/1975 |
| Forgery | Sangamon County, Illinois | 1978 | 06/12/1978 |
| Assault on a Government Employee | United States District Court, Minnesota | 03/04/1988 | 08/11/1988 |
| 3rd Degree Sale of Crack Cocaine | Hennepin County, Minnesota | 10/03/1989 | 12/11/1989 |

SCANNED
APR 23 2013
U.S. DISTRICT COURT MPLS

FILED   APR 22 2013
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED _____
DEPUTY CLERK'S INITIALS _____

United States v. Robert Lee Powers

| Offering a Forged Check | Hennepin County, Minnesota | 04/04/1992 | 06/10/1993 |
|---|---|---|---|
| 4th Degree Sale of Crack Cocaine | Hennepin County, Minnesota | 10/10/1992 | 06/10/1993 |
| Attempted 1st Degree Criminal Sexual Conduct | Hennepin County, Minnesota | 12/07/1992 | 06/10/1993 |
| Conspiracy to Commit Controlled Substance Crime | Washington County, Minnesota | 07/18/1996 | 10/10/1997 |
| 3rd Degree Controlled Substance Crime | Hennepin County, Minnesota | 11/14/2000 | 12/13/2000 |
| Attempted 5th Degree Controlled Substance Crime | Hennepin County, Minnesota | 04/24/2004 | 05/06/2004 |
| Attempted 5th Degree Controlled Substance Crime | Hennepin County, Minnesota | 11/09/2005 | 04/10/2006 |
| Predatory Offender – Providing False Information | LeSueur County, Minnesota | 10/01/2005 | 08/10/2006 |
| 5th Degree Controlled Substance Crime | Hennepin County, Minnesota | 03/20/2008 | 06/12/2008 |
| Theft of a Motor Vehicle | Hennepin County, Minnesota | 11/04/2009 | 03/25/2010 |
| 5th Degree Controlled Substance Crime | Hennepin County, Minnesota | 11/20/2009 | 03/25/2010 |

did knowingly and unlawfully possess, in and affecting interstate commerce, a firearm, that is, a Smith & Wesson, Model 669, nine millimeter semi-automatic pistol, serial number TBN0070, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

United States v. Robert Lee Powers

## COUNT 2
(Possession With Intent to Distribute Heroin)

On or about March 18, 2013, in the State and District of Minnesota, the defendant,

**ROBERT LEE POWERS,**

did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

If convicted of Count 1 of this indictment, the defendant,

**ROBERT LEE POWERS,**

shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with each such violation including, but not limited to, a Smith & Wesson, Model 669, nine millimeter semi-automatic pistol, serial number TBN0070, and the magazine and ammunition seized in connection therewith, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY             FOREPERSON